THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-191-BR

| | | |
|---|---|---|
| JOHNNIE IVEY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PITT COUNTY SCHOOLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of Defendants' Motion to Stay Discovery (Doc. 31), it is hereby ORDERED that the Motion (DE 31) is GRANTED. It is further ordered that all discovery in this action, including the requirements in the August 15, 2013 Scheduling Order (DE 30), are stayed until the resolution of the pending motion for leave to file an amended complaint (DE 27).

SO ORDERED in Chambers at Raleigh, North Carolina on Tuesday, September 10, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE