UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Johnnie Ivey Johnson,                )
                                     )
                                     )
             Plaintiff,              )
                                     )
        v.                           )        **JUDGMENT**
                                     )
                                     )
Pitt County Schools, Jennifer Poplin, Glen Buck,   )        No. 4:12-CV-191-BR
Delilah Jackson, Beverly Emory,      )
                                     )
                                     )
                                     )
             Defendants.             )
                                     )

**Decision by Court.**

This matter is before the court on the 3 June 2013 motion for leave to file an amended complaint submitted by plaintiff Johnnie Ivey Johnson ("plaintiff"). (DE # 27.) Also before the court is the renewed motion to dismiss filed by defendants Pitt County Schools, Jennifer Poplin ("Poplin"), Glen Buck ("Buck"), Delilah Jackson ("Jackson"), and Beverly Emory ("Emory"). (DE # 28.)

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' motion for leave to file an amended complaint (DE# 27) is DENIED, and defendants' renewed motion to dismiss this action (DE # 28) is GRANTED. Because the court declines to exercise supplemental jurisdiction over plaintiff's state law defamation claim, that claim is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of defendants and close the case.

**This judgment filed and entered on November 12, 2013, and served on:**

Daniel W. Clark (via CM/ECF Notice of Electronic Filing)
Johnnie Ivey Johnson (via US Mail at 320 Line Avenue, Apt. A, Greenville, NC 28734)

November 12, 2013                              /s/ Julie A. Richards,
                                               Clerk of Court

Case 4:12-cv-00191-BR   Document 36   Filed 11/12/13   Page 1 of 1